IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LINA SCURTU**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 07-0410-WS-B |
| | ) |
| **INTERNATIONAL STUDENT** | ) |
| **EXCHANGE**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On April 28, 2008, the remaining parties in this action filed the Parties' Report of Settlement Conference (doc. 54) reflecting that plaintiffs' claims against defendant International Student Exchange, Inc. have been compromised and settled. It is therefore **ORDERED** that all claims by and between plaintiffs and International Student Exchange, Inc. are **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may reinstate those claims within 30 (thirty) days after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim. The Clerk's Office is directed to terminate International Student Exchange, Inc. as a party to these proceedings. No other order concerning plaintiffs' claims against International Student Exchange shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each settling party is to bear her or its own costs, unless otherwise agreed by the parties.

Although there are no longer any active claims in this action, such that all previously announced pretrial and trial deadlines have been mooted, the Court observes that plaintiffs also have asserted certain claims against defendants Hospitality and Catering Management Services and Wendco of Alabama, Inc., in these proceedings. Pursuant to an Order (doc. 34) entered on October 19, 2007, all of plaintiffs' claims against HCMS and Wendco were stayed pending the outcome of arbitration, with HCMS and Wendco being ordered to file monthly status reports

concerning the status of such arbitration proceedings.  The Parties' Report of Settlement Conference does not reflect that plaintiffs' claims against HCMS and Wendco have been resolved.  Moreover, the most recent Status Report (doc. 52) reflects that the arbitrator is presently considering certain discovery issues, such that it appears those arbitration proceedings are far from over.  Nothing in this Order is intended to, or shall be construed as, dismissing plaintiffs' stayed claims against HCMS and Wendco.  As to those causes of action and those defendants, the stay will remain in place, and HCMS and Wendco remain subject to the monthly status report obligation set forth in the October 19 Order.

**DONE** and **ORDERED** this 30th day of April, 2008.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE