# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LINA SCURTU, *et al.*,                     ) | |
|                                            ) | |
|    Plaintiffs,              ) | |
|                                            ) | |
| v.                                         ) | **CIVIL ACTION 07-0410-WS-B** |
|                                            ) | |
| HOSPITALITY AND CATERING                   ) | |
| MANAGEMENT SERVICES, *et al.*,             ) | |
|                                            ) | |
|    Defendants.              ) | |

## ORDER

On this date, defendants filed a Renewed Motion to Dismiss (doc. 125), with incorporated memorandum.  Any party opposing this Motion must file a response, supported by legal authority and exhibits as appropriate, on or before **November 4, 2010**.  Movants will be allowed until **November 11, 2010** to file a reply.  If the Court determines that oral argument is necessary, the parties will be notified and a hearing will be scheduled.  Otherwise, the Motion will be taken under submission after **November 11, 2010**.

DONE and ORDERED this 21st day of October, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE