IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LINA SCURTU,** *et seq.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CIVIL ACTION 07-0410-WS-B** |
| ) | |
| **HOSPITALITY AND CATERING** ) | |
| **MANAGEMENT SERVICES,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Status reports filed by defendants in the last two months reflect that this action has been compromised and settled in its entirety as to all remaining claims and causes of action. In particular, an August 2011 Status Report (doc. 149) confirmed that plaintiffs and defendant Wendco of Alabama, Inc. have concluded a settlement. Similarly, a September 2011 Status Report (doc. 151) indicated that the settlement agreement between plaintiffs and defendant Hospitality and Catering Management Services has been completed, and is merely awaiting execution by defendant.

In light of these developments (which would resolve all claims against all remaining defendants), it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **30 days** after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear her or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 26th day of September, 2011.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE