IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINA SCURTU, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 07-0410-WS-B |
| | ) |
| HOSPITALITY AND CATERING | ) |
| MANAGEMENT SERVICES, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

In accordance with the separate Order entered on this date in the above-styled case, it is **ORDERED, ADJUDGED** and **DECREED** that the arbitration award is **confirmed** pursuant to 9 U.S.C. § 9. It is further **ORDERED, ADJUDGED** and **DECREED** that judgment is entered in favor of plaintiffs, Lina Scurtu and Cornelia Grozav, and against Hospitality and Catering Management Services and Hospitality and Catering Management Services, Inc., in the total amount of **$11,000.00**.

DONE and ORDERED this 13th day of September, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE